UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                                              No. 5:07-CR-9-3

BOBBY TURNER

                              **ORDER**

        For the efficient administration of this case, the Clerk is directed to REASSIGN this case <u>as it relates to defendant Bobby Turner</u> to the Honorable Louise W. Flanagan, Chief United States District Judge. The remaining defendants, Lamont Clinton King and Jamell Wright are to remain assigned to the undersigned.

        The Clerk is directed to send copies of this Order to all counsel of record, the United States Marshal, and the Probation Office of this court.

        **IT IS SO ORDERED** this 27th day of June, 2011.

                              ENTER:

                              *David A. Faber* (signature)
                              _____
                              David A. Faber
                              Senior United States District Judge